DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

18 DECEMBER 2014

| 335P14 | State v. Wyman C. Lowery | Def's *Pro Se* Motion for PDR Under N.C.G.S. § 7A-31 (COAP14-620) | Dismissed |
|---|---|---|---|
| 336P14 | State v. Miguel Garcia Tapia | Def's *Pro Se* Motion for PDR Under N.C.G.S. § 7A-31 (COAP14-607) | Dismissed |
| 337P14 | State v. Daniel Darnell Davis | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA13-1313) | Denied<br><br>**Jackson, J., recused** |
| 338P14 | Waddell Bynum J. v. Progressive Ins. Group Inc., Mark A. Valentine, Agent | Plt's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court of Mecklenburg County | Dismissed |
| 339P14 | State v. Veletta Wilkins Edwards | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Decision of COA (COA13-1290) | Denied |
| 340P14 | Samuel and Doris Fort, Julia Katherine Faircloth, Raeford B. Lockamy, II, OK Farms of Cedar Creek, LLC, and Arnold Drew Smith v. County of Cumberland, North Carolina, and Tigerswan, Inc. | Petitioner's PDR Under N.C.G.S. § 7A-31 (COA14-93) | Denied |
| 343P14 | State v. James Douglas Triplett | 1. State's Motion for Temporary Stay (COA13-1289)<br><br>2. State's Petition for *Writ of Supersedeas* (COA13-1289)<br><br>3. State's PDR Under N.C.G.S. § 7A-31 (COA13-1289) | 1. Allowed **09/19/2014**<br><br>2. Allowed<br><br>3. Allowed |
| 345P14 | State v. Jonathan A. Thompson | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court of Mecklenburg County<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br>2. Allowed<br><br>3. Dismissed as Moot |